**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Helenia Louise BOYD, Defendant— Appellant.**

**No. 07–7241.**

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 11, 2007.

Decided: Oct. 18, 2007.

Jessica Ann Salvini, Salvini & Bennett, LLC, Greenville, South Carolina, for Ap-

pellant. David Calhoun Stephens, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Helenia Louise Boyd appeals the district court's order denying her motion to expunge her criminal record. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Boyd,* No. 7:04–cr–01008–GRA (D.S.C. Aug. 9, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*